UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:22-CV-05688 |
| -v- | ) ) ) ) | **NOTICE OF MOTION** |
| POLAR ELECTRO INC., | ) ) ) | |
| Defendant. | ) ) ) | |

---

**PLEASE TAKE NOTICE THAT**, upon the attached Memorandum of Law, and the accompanying exhibits thereto, and all other papers and proceedings herein, Defendant Polar Electro, Inc. will move this Court before the Honorable Mary Kay Vyskocil, United States District Judge for the Southern District of New York at the Courthouse located at 500 Pearl St., New York, New York 10007, on a date and at a time to be set by the Court, for an order dismissing with prejudice Plaintiff Rafael Cordero's Amended Complaint against it pursuant to Federal Rules of Civil Procedure 12(b)(6), and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), opposing affidavits and answering memoranda, if any, shall be served and filed on ECF on or before October 7, 2022.

Respectfully submitted,

Dated:   September 23, 2022
New York, New York

HOLLAND & KNIGHT LLP

    /s/ Christine N. Walz
Christine N. Walz
31 West 52nd Street
New York, New York  10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
christine.walz@hklaw.com
*Counsel for Defendant Polar Electro, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 23rd day of September, 2022, a true and accurate copy of the foregoing was served on the below counsel of record through the court's electronic filing system:

  Edward Y. Kroub
  Mizrahi Kroub LLP
  200 Vesey Street
  New York, NY 10281
  212-595-6200
  ekroub@mizrahikroub.com

              /s/Christine N. Walz
              Christine N. Walz