UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

RAFAEL CORDERO, Individually, and On
Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

POLAR ELECTRO INC.,

                      Defendant.

———————————————————————— x

Case No. 1:22-cv-05688

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  December 6, 2023

                          **MIZRAHI KROUB LLP**

                          Edward Y. Kroub, Esq.
                          225 Broadway, 39th Floor
                          New York, NY  10007
                          Tel: (212) 595-6200
                          Fax: (212) 595-9700
                          Ekroub@mizrahikroub.com

                          *Attorneys for Plaintiff*

DATED:  December 6, 2023                    **HOLLAND & KNIGHT LLP**

_____

Christine N. Walz
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
Christine.walz@hklaw.com

*Attorney for Defendant*